**EXHIBIT 2:** INFRINGEMENT

URL: https://www.linkedin.com/company/realtywalk/

